

**Natalie J. Kraner**
Partner
Legal Director, Lowenstein
Center for the Public Interest

1251 Avenue of Americas, 17th Fl.
New York, New York 10020

T:  (973) 422-6722
M: (732) 763-3733
E:  nkraner@lowenstein.com

June 5, 2026

By Electronic Filing

Merits Panel
*A.C.R. v. Mullin*, No. 26-236
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**Re:**  **Government's Failure to File a Merits Brief in *A.C.R. v. Mullin*, No. 26-236**

Your Honors:

By Order of March 3, 2026, Dkt. No. 31, this Court granted in part Plaintiffs-Appellants' motion to expedite the appeal and set the following briefing schedule: "Appellants' opening brief is due April 17, 2026. The Government's response brief is due May 22, 2026, and Appellants' reply brief is due June 5, 2026."

Plaintiffs-Appellants filed their merits brief on the April 17, 2026, due date.  Dkt. Nos. 40–42.

On May 15, 2026, Defendants-Appellees filed a motion to dismiss the appeal as moot and to stay the merits briefing during the pendency of their motion.  Dkt. No. 63.  Plaintiffs-Appellants timely opposed both the dismissal and the extension of the deadlines.  Dkt. Nos. 64–65.

Although this Court has not yet ruled on the motion to dismiss or to extend the court-ordered briefing deadlines, Defendants-Appellees did not file their merits brief on May 22, 2026.  Because there is no responsive brief on file, Plaintiffs-Appellants cannot file a Reply Brief on today's due date.  *See* 2d Cir. L.R. 31.2(b)(3)(C) (the time for filing a reply brief in a case on the expedited calendar runs from the filing of the appellee's brief).[1]

Having failed to file a responsive brief by May 22, Defendants-Appellees are barred from participating in oral argument of this appeal unless the Court grants permission.  *See* Fed. R. App. P. 31(c); *see also* 2d Cir. Guidance, *Briefing Schedule* ("In a counseled civil appeal, when the

---

[1] Defendants report that "counsel for USCIS confirmed his understanding of [L.R.31.2(a)(3)'s] applicability in cases on the expedited docket with an Administrative Appeals Attorney" (Dkt. No. 66.1 at 2 n.1), but they fail to submit a statement attesting to this fact or to identify the professional affiliation of the lawyer on whom they allegedly relied (a USCIS or Justice Department lawyer? a lawyer associated with the Court?).  In any event, the Court already took this appeal out of the default realm of Second Circuit Local Rule 31.2(a) by granting in part Plaintiffs' motion to expedite and setting a briefing schedule, which Defendants ignored.

Court orders an appellee's briefing deadline pursuant to a scheduling notification, the order will specify that the appeal will proceed to a merits panel for determination forthwith if the brief is not filed by the due date. Appellee will be required to file a motion for permission to file the brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date.").[2]

Respectfully submitted,

*s/ Natalie J. Kraner*
Natalie J. Kraner
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 422-6722
nkraner@lowenstein.com
*Counsel for Plaintiffs*

cc: All counsel of record (via electronic filing)

---

[2] Available at
https://www.ca2.uscourts.gov/clerk/case_filing/appealing_a_case/civil_case/briefing_schedule.html.