# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-six.

Present:

Beth Robinson,
*Circuit Judge*.

---

A.C.R., on behalf of themselves and all others similar situated, et al.,

*Plaintiffs-Appellants*,

**ORDER**

v.

26-236

Markwayne Mullin, Secretary, U.S. Department of Homeland Security (official capacity), et al.,

*Defendants-Appellees*.

---

Appellees move to dismiss the appeal as moot and seek a stay of the briefing schedule pending this Court's resolution of their motion. Appellants move for leave to file a sur-reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a sur-reply is GRANTED, and the motion to dismiss is REFERRED to the panel that will hear the merits of the appeal, and the motion to stay the briefing schedule is DENIED. The parties should confer on a briefing schedule that is consistent with this Court's order expediting the appeal.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe