# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-six.

---

A. C. R., on behalf of themselves and all others similar situated, et al.,

Plaintiffs - Appellants,

v.

Markwayne Mullin, Secretary, U.S. Department of Homeland Security (official capacity), et al.,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-236

The parties jointly propose the following schedule for the response and reply briefs: Appellees' response brief due August 7, 2026; Appellants' reply brief due August 21, 2026.

The proposed schedule is SO ORDERED. No extensions of time will be granted absent extraordinary circumstances.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe