**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of October, two thousand twenty-six,

---

A. C. R., on behalf of themselves and all others similar situated, J. G. V., on behalf of themselves and all others similar situated, et al,

Plaintiff - Appellants,

v.

Markwayne Mullin, Secretary, U.S. Department of Homeland Security (official capacity), United States Department of Homeland Security, et al,

Defendants - Appellees.

---

**ORDER**
Docket No. 26-236

Appellant moves for two attorneys to argue the appeal and for additional argument time.

IT IS HEREBY ORDERED THAT the total argument time allotted per side remains the same. Counsel for the Appellant are permitted to split the argument time as they wish.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court